**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:23-cv-00769-BO-BM**

| | | |
|---|---|---|
| JOAN LAMBERT, AS EXECUTRIX OF THE ESTATE OF KENNETH LAMBERT, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | | |

Before the Court is the unopposed motion to substitute Joan Craven Lambert, as Executrix of the Estate of Kenneth Ray Lambert, in lieu of the recently deceased Plaintiff Kenneth Lambert, and to amend the caption in this action to reflect the requested substitution. Dkt. 17. For good cause shown, and pursuant to Fed. R. Civ. P. 25(a), the Motion is GRANTED.

NOW THEREFORE, IT IS HEREBY ORDERED:

(1) That Joan Craven Lambert, as Executrix of the Estate of Kenneth Lambert, is hereby substituted as Plaintiff in this action in place of Plaintiff Kenneth Lambert;

(2) That the caption is hereby amended, and all further filings shall reflect the caption appearing on this order.

SO ORDERED, this _9_ day of _April_ _____, 2024.

_Terrence Boyle_
HON. TERRENCE W. BOYLE
United States District Judge